RONALD A. PETERS, Bar No. 169895
RPeters@littler.com
ELISA NADEAU, Bar No. 199000
ENadeau@littler.com
LITTLER MENDELSON, P.C.
50 West San Fernando Street, 15th Floor
San Jose, CA 95113
Telephone: 408.998.4150
Fax No.: 408.288.5686

Attorneys for Defendant
CONCENTRIX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY ARMSTRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONCENTRIX CORPORATION, a New York corporation,<br><br>Defendants. | Case No. 3:16-cv-05363-WHO<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CONCENTRIX CORPORATION TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL FLSA COLLECTIVE ACTION CERTIFICATION AND ISSUANCE OF NOTICE PURSUANT TO 29 U.S.C. § 216(b); [PROPOSED] ORDER**<br><br>Assigned to the Honorable William H. Orrick |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION TO EXTEND TIME FOR DEFENDANT CONCENTRIX CORPORATION TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL FLSA COLLECTIVE ACTION CERTIFICATION AND ISSUANCE OF NOTICE PURSUANT TO 29 U.S.C. § 216(b); [PROPOSED] ORDER

JAHAN C. SAGAFI (SBN 224887)
jsagafi@outtengolden.com
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, California 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

KEVIN J. STOOPS (*pro hac vice*)
kstoops@sommerspc.com
JESSE L. YOUNG (*pro hac vice*)
jyoung@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

Attorneys for Plaintiff and Proposed Class
and Collective Members

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION TO EXTEND TIME FOR DEFENDANT CONCENTRIX CORPORATION TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL FLSA COLLECTIVE ACTION CERTIFICATION AND ISSUANCE OF NOTICE PURSUANT TO 29 U.S.C. § 216(b); [PROPOSED] ORDER

Plaintiff ASHLEY ARMSTRONG ("Plaintiff") and Defendant CONCENTRIX CORPORATION ("Defendant") (collectively referred to as the "Parties"), hereby submit the following Stipulation and [Proposed] Order requesting an extension of the briefing schedule for Plaintiffs' Motion For Conditional FLSA Collective Action Certification And Issuance Of Notice Pursuant To 29 U.S.C. § 216(b) based on the current pleadings.

WHEREAS, Plaintiff filed its Complaint on September 19, 2016 ("Complaint");

WHEREAS, Defendant's answer to Plaintiff's Complaint is due on or before October 25, 2016;

WHEREAS, the Parties have met and conferred regarding the briefing schedule for Plaintiff's Motion For Conditional FLSA Collective Action Certification And Issuance Of Notice Pursuant To 29 U.S.C. § 216(b), and good cause exists to extend the briefing schedule for Plaintiff's Motion pursuant to FRCP 6(b)(1) (A), due to a death in the family of defense counsel;

WHEREAS, the Parties have agreed to the following briefing schedule for Plaintiff's Class Certification Motion based on the current pleadings: 1) Defendant's Opposition is due by November 4, 2016; 2) Plaintiff's Reply must be filed by November 14, 2016; and 3) the hearing on class certification will remain on December 8, 2016; and

WHEREAS, this Stipulation is not entered into for purposes of delay or harassment, and the Parties would be significantly prejudiced if the Stipulation was not approved.

ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE THAT: 1) Defendant's Opposition is now due by November 4, 2016; 2) Plaintiff's Reply is now due by November 14, 2016; and 3) the hearing on class certification will remain on December 8, 2016.

**IT IS SO STIPULATED.**

Dated: October 17, 2016

*/s/ Jahan C. Sagafi*
JAHAN C. SAGAFI
OUTTEN & GOLDEN LLP

Attorneys for Plaintiff and Proposed Class and Collective Members

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

2.

STIPULATION TO EXTEND TIME FOR DEFENDANT CONCENTRIX CORPORATION TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL FLSA COLLECTIVE ACTION CERTIFICATION AND ISSUANCE OF NOTICE PURSUANT TO 29 U.S.C. § 216(b); [PROPOSED] ORDER

Dated: October 17, 2016

                              */s/ Kevin J. Stoops*
                              KEVIN J. STOOPS
                              JESSE L. YOUNG
                              SOMMERS SCHWARTZ, P.C.

                              Attorneys for Plaintiff and Proposed Class
                              and Collective Members

Dated: October 17, 2016

                              */s/ Elisa Nadeau*
                              RONALD A. PETERS
                              ELISA NADEAU
                              LITTLER MENDELSON, P.C.

                              Attorneys for Defendant
                              CONCENTRIX CORPORATION

### Attestation re: Electronic Signatures

I, ELISA NADEAU, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 17, 2016

                              */s/ Elisa Nadeau*
                              ELISA NADEAU

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

3.

STIPULATION TO EXTEND TIME FOR DEFENDANT CONCENTRIX CORPORATION TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL FLSA COLLECTIVE ACTION CERTIFICATION AND ISSUANCE OF NOTICE PURSUANT TO 29 U.S.C. § 216(b); [PROPOSED] ORDER

**ORDER**

**PURSUANT TO STIPULATION,** *AS MODIFIEIED***, IT IS HEREBY ORDERED AS FOLLOWS:**

      1) Defendant's Opposition must be filed by November 4, 2016;

      2) Plaintiff's Reply must be filed by November 14, 2016; and

      3) The hearing on class certification will be set for December 7, 2016.

**IT IS SO ORDERED.**

Dated: October 17, 2016

_____
HONORABLE WILLIAM ORRICK
UNITED STATED DISTRICT COURT JUDGE

Firmwide:143396739.1 090222.1002

4.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION TO EXTEND TIME FOR DEFENDANT CONCENTRIX CORPORATION TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL FLSA COLLECTIVE ACTION CERTIFICATION AND ISSUANCE OF NOTICE PURSUANT TO 29 U.S.C. § 216(b); [PROPOSED] ORDER